```
 1  Terence A. Redmond, Esq.
    State Bar No. 69929
 2  LAW OFFICES OF TERENCE A. REDMOND
    473 Jackson Street
 3  San Francisco, CA  94111
    (415) 395-9000 (Telephone)
 4  (415) 395-9206 (Facsimile)
    Attorney for Plaintiff
 5  VINCENT ALIOTTI
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| VINCENT ALIOTTI, | ) | No. CV 09-01631-RS |
| Plaintiff, | ) | |
| -vs- | ) | ORDER [PROPOSED] |
| HOME DEPOT, INC., and DOES 1 -20, | ) | |
| Defendants. | ) | |

Upon review of the Stipulation of the Parties to extend the jurisdiction of the Mediator's jurisdiction of this matter to February 18, 2010, the Court finds that it would be in the best interests of the parties and in the furtherance of justice to extend the Mediator's jurisdiction to February 18, 2010.

IT IS SO ORDERED THAT the jurisdiction of the Mediator to mediate this matter shall be extended to February 18, 2010.

DATED: November 19, 2009

/s/ Richard Seeborg

~~Judge of the U.S. District Court~~

RICHARD SEEBORG
United States Magistrate Judge

Order