*E-Filed 5/4/10*

Terence A. Redmond, Esq.
State Bar No. 69929
LAW OFFICES OF TERENCE A. REDMOND
473 Jackson Street
San Francisco, CA 94111
(415) 395-9000 (Telephone)
(415) 395-9206 (Facsimile)
Attorney for Plaintiff
VINCENT ALIOTTI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VINCENT ALIOTTI,<br><br>    Plaintiff,<br><br>-vs-<br><br>HOME DEPOT, INC.,<br>  and DOES 1 -20,<br><br>    Defendants. | No. CV 09-01631-RS<br><br>ORDER<br>TO CONTINUE<br>TRIAL DATE<br>~~[PROPOSED]~~<br>AS MODIFIED BY THE COURT |

Upon review of the Stipulation of the Parties to continue the trial date of this matter for all purposes for one-hundred-and-twenty (120) days because of the health of the plaintiff the Court finds that it would be in the best interests of the parties and in the furtherance of justice to continue the trial date of this matter for all purposes from September 13, 2010, to January 10, 2011____ .

The following deadlines are continued accordingly by one-hundred-and-twenty (120) days: (1) the current discovery cutoff of May 14, 2010, (2) plaintiff's current expert

_____
Order

disclosure and expert report deadline of May 26, 2010, (3) defendant's current expert disclosure deadline and expert report deadline of June 9, 2010, (4) the current expert discovery deadline of June 23, 2010, and the July 14, 2010, deadline for all dispositive motions.*

IT IS SO ORDERED THAT the trial of this matter is now scheduled for January 10, 2011.

DATED: May 3, 2010

_____
Judge of the U.S. District Court

\* Is moved to November 18, 2010

Pretrial Conference is scheduled for December 23, 2010 at 10:00 a.m.

Order                    2